UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD ROSSALL,<br><br>    Defendant. | Case No. 3:18-cr-00057-MMD-WGC-11<br><br>ORDER |

IT IS THEREFORE ORDERED that the parties have until **May 5, 2025**, in which to file a contested motion, joint stipulation for a sentence reduction, or a notice of non-eligibility.

DATED this 28th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE